1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**FILED**

AUG 31 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   MAG. NO. 10-053-EFB
            Plaintiff,       )
    v.                       )
                             )   MOTION TO DISMISS
BAHRI SAHPOLAT,              )   AND (proposed) ORDER
            Defendant.       )
_____)

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against BAHRI SAHPOLAT.

DATED: August 31, 2010         BENJAMIN B. WAGNER
                               United States Attorney
                                 /s/ Michelle Rodriguez
                               By_____
                                 MICHELLE RODRIGUEZ
                                 Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 10-0053-efb against defendant BAHRI SAHPOLAT is GRANTED.

DATED: Aug. 31, 2010           _____
                               HON. GREGORY G. HOLLOWS
                               U.S. Magistrate Court Judge